IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ASTRO VENDING OF** | § | |
| **LAREDO, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | Civil Action No.____**5:15-cv-273**____ |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**<u>EXHIBIT 1</u>**

**Quality Loss Assessment LLC**

**Premium Report**
March 23, 2015

## 1601 Commerce Dr, Laredo, TX 78041-6033

In this 3D model, facets appear as semi-transparent to reveal overhangs.

| Report Details | Roof Details | Report Contents |
|---|---|---|
| Report:10380526 | Total Roof Area =6,072 sq ft<br>Total Roof Facets =3<br>Predominant Pitch =1/12<br>Number of Stories >1<br>Total Ridges/Hips =120 ft<br>Total Valleys =0 ft<br>Total Rakes =81 ft<br>Total Eaves =343 ft | Images. .........................................1<br>Length Diagram...........................4<br>Pitch Diagram...............................5<br>Area Diagram................................6<br>Notes Diagram ............................7<br>Report Summary .........................8 |

| | |
|---|---|
| Contact: | Angela Grace |
| Company: | Quality Loss Assessment LLC |
| Address: | 600 E Sonterra Blvd Ste 1406 |
| | San Antonio  TX 78258 |
| Phone: | 210-760-9621 |

Measurements provided by www.eagleview.com

 

Certified Accurate
www.eagleview.com/Guarantee.aspx

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services.

It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008-2015 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

1601 Commerce Dr, Laredo, TX 78041-6033 · March 23, 2015

## Images
The following aerial images show different angles of this structure for your reference.

Top View



 Report: 10380526

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC

Copyright © 2008 –2015 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

1601 Commerce Dr, Laredo, TX 78041-6033

March 23, 2015

North Side



South Side



 Report: 10380526

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC

Copyright © 2008- 2015 EagleView Technologies, Inc. – All Rights Reserved  – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

0 4 0 7 2 0 1 5

1601 Commerce Dr, Laredo, TX 78041-6033                                    March 23, 2015

East Side



West Side



   Report: 10380526          This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC            Copyright © 2008– 2015 EagleView Technologies, Inc. – All Rights Reserved  – Covered by U.S. Patent Nos.          Page 3
                                       8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.



1601 Commerce Dr, Laredo, TX 78041-6033 — March 23, 2015

**Length Diagram**

Total Line Lengths:
Ridges = 120 ft
Hips = 0 ft

Valleys = 0 ft
Rakes = 81 ft
Eaves = 343 ft

Flashing = 40 ft
Step flashing = 0 ft
Parapets = 0 ft

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).

Report: 10380526

Quality Loss Assessment LLC

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2015 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

04072015

1601 Commerce Dr, Laredo, TX 78041-6033 | March 23, 2015

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 1/12.





Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Gray shading indicates flat, 1/12 or 2/12 pitches.



Report: 10380526

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC

Copyright © 2008– 2015 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

1601 Commerce Dr, Laredo, TX 78041-6033

March 23, 2015

## Area Diagram
Total Area = 6,072 sq ft, with 3 facets.



Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).

Report: 10380526

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC

Copyright © 2008- 2015 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

04072015

1601 Commerce Dr, Laredo, TX 78041-6033

March 23, 2015

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.



This document is provided under license by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Report: 10380526

Copyright © 2008– 2015 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,076,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

Quality Loss Assessment LLC

1601 Commerce Dr, Laredo, TX 78041-6033       March 23, 2015

## Report Summary

Below is a measurement summary using the values presented in this report.

### Areas per Pitch

| Roof Pitches | 1/12 |
|---|---|
| Area (sq ft) | 6071.7 |
| % of Roof | 100% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

### Waste Calculation Table

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| Area (sq ft) | 6,072 | 6,679 | 6,801 | 6,983 | 7,104 | 7,286 | 7,408 |
| Squares | 60.7 | 66.8 | 68.0 | 69.8 | 71.0 | 72.9 | 74.1 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.



**Lengths, Areas and Pitches**
Ridges = 120 ft (1 Ridges)
Hips = 0 ft (0 Hips).
Valleys = 0 ft (0 Valleys)
Rakes* = 81 ft (4 Rakes)
Eaves/Starter** = 343 ft (5 Eaves)
Drip Edge (Eaves + Rakes) = 424 ft (9 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 40 ft (1 Lengths)
Step flashing = 0 ft (0 Lengths)
Total Area = 6,072 sq ft
Predominant Pitch = 1/12

**Property Location**
Longitude = -99.4781600
Latitude = 27.5587456
**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

Total Roof Facets = 3

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1601+Commerce+Dr,Laredo,TX,78041-6033
Directions from Quality Loss Assessment LLC to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=600+E+Sonterra+Blvd,Ste+1406,San+Antonio,TX,78258&daddr=1601+Commerce+Dr,Laredo,TX,78041-6033

\*    Rakes are defined as roof edges that are sloped (not level).
\*\*   Eaves are defined as roof edges that are not sloped and level.



Report: 10380526

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Quality Loss Assessment LLC

Copyright © 2008- 2015 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

04072015

## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

51   WET INSULATION
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

49   WET INSULATION
Date Taken: 3/17/2015
Taken By: CORY GARZA



50   WET INSULATION
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

47   WET INSULATION
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



48   WET INSULATION
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

45   WINDOW
Date Taken: 3/17/2015
Taken By: CORY GARZA



46   WINDOW
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

43   WINDOW
Date Taken: 3/17/2015
Taken By: CORY GARZA



44   DSCN0466
Date Taken: 3/17/2015
Taken By: CORY GARZA



3/26/2015      Page: 30

04072015

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

41   WINDOW
Date Taken: 3/17/2015
Taken By: CORY GARZA



42   WINDOW
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

39 DANCE STUDIO
Date Taken: 3/17/2015
Taken By: CORY GARZA



40 DANCE STUDIO
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

37   DANCE STUDIO
Date Taken: 3/17/2015
Taken By: CORY GARZA



38   DANCE STUDIO
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

35   DANCE STUDIO
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



36   DANCE STUDIO
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

33   DANCE STUDIO
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



34   DANCE STUDIO
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

31   KITCHEN
Date Taken: 3/17/2015
Taken By: CORY GARZA



32   DANCE STUDIO
Date Taken: 3/17/2015
Taken By: CORY GARZA



**QUALITY LOSS ASSESSMENT**

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

29   RECEPTION AREA
Date Taken: 3/17/2015
Taken By: CORY GARZA



30   KITCHEN
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

27   RECEPTION AREA
Date Taken: 3/17/2015
Taken By: CORY GARZA



28   RECEPTION AREA
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

25   PARTS ROOM
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



26   RECEPTION AREA
     Date Taken: 3/17/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

23   PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



24   PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

21   PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



22   PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

19  PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



20  PARTS ROOM
Date Taken: 3/17/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

17   ROOF
Date Taken: 3/25/2015
Taken By: CORY GARZA



18   ROOF
Date Taken: 3/25/2015
Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

15   ROOF
Date Taken: 3/25/2015
Taken By: CORY GARZA



16   ROOF
Date Taken: 3/25/2015
Taken By: CORY GARZA



0 4 0 7 2 0 1 5

## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

13   ROOF
     Date Taken: 3/25/2015
     Taken By: CORY GARZA



14   ROOF
     Date Taken: 3/25/2015
     Taken By: CORY GARZA



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

11   LEFT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



12   LEFT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

9   LEFT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



10  LEFT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

7    RIGHT
     Date Taken: 3/25/2015
     Taken By: CORY GARZA

     HAIL HIT



8    LEFT
     Date Taken: 3/25/2015
     Taken By: CORY GARZA



0 4 0 7 2 0 1 5

## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

5   RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



6   RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



**QUALITY LOSS ASSESSMENT**

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

3   RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



4   RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA
HAIL HIT



## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

1    RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA

10 HAIL HITS PER SQ



2    RIGHT
Date Taken: 3/25/2015
Taken By: CORY GARZA

HAIL HIT



## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### Recap by Category

| O&P Items | | | Total | % |
|-----------|--|--|------:|--:|
| ACOUSTICAL TREATMENTS | | | 694.40 | 1.11% |
| CLEANING | | | 1,135.68 | 1.81% |
| CONTENT MANIPULATION | | | 550.28 | 0.88% |
| GENERAL DEMOLITION | | | 4,490.04 | 7.15% |
| DRYWALL | | | 3,690.72 | 5.88% |
| INSULATION | | | 9,030.00 | 14.38% |
| LIGHT FIXTURES | | | 529.56 | 0.84% |
| PAINTING | | | 2,573.06 | 4.10% |
| ROOFING | | | 27,580.00 | 43.92% |
| SCAFFOLDING | | | 292.08 | 0.47% |
| WINDOWS - ALUMINUM | | | 390.34 | 0.62% |
| O&P Items Subtotal | | | 50,956.16 | 81.14% |
| Material Sales Tax | @ | 8.250% | 1,376.24 | 2.19% |
| Overhead | @ | 10.0% | 5,233.33 | 8.33% |
| Profit | @ | 10.0% | 5,233.33 | 8.33% |
| Total | | | 62,799.06 | 100.00% |

04072015

## QUALITY LOSS ASSESSMENT

600 E SONTERRA  #1406
SAN ANTONIO, TX 78258

### Recap by Room

Estimate: ASTRO-VENDING-1601

| | | |
|---|---|---|
| Roof | 40,374.64 | 79.23% |
| RecEPTION AREA | 1,756.40 | 3.45% |
| PaRTS ROOM | 3,117.12 | 6.12% |
| Kitchen | 1,437.10 | 2.82% |
| DANCE STUDIO RECPETION | 1,452.04 | 2.85% |
| Right Elevation | 356.63 | 0.70% |
| Left Elevation | 356.63 | 0.70% |
| Stud1O | 2,105.60 | 4.13% |
| **Subtotal of Areas** | **50,956.16** | **100.00%** |
| **Total** | **50,956.16** | **100.00%** |

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### Summary for Dwelling

| | | | |
|---|---|---|---:|
| Line Item Total | | | 50,956.16 |
| Material Sales Tax | @ | 8.250% | 1,376.24 |
| Subtotal | | | 52,332.40 |
| Overhead | @ | 10.0% | 5,233.33 |
| Profit | @ | 10.0% | 5,233.33 |
| Replacement Cost Value | | | $62,799.06 |
| Net Claim | | | $62,799.06 |

CORY GARZA

ASTRO-VENDING-1601

3/26/2015          Page: 6

0 4 0 7 2 0 1 5

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### CONTINUED - Left Elevation

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Totals: Left Elevation | | | | 356.63 |

#### StudIO

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 49. Floor protection - corrugated cardboard and tape | 1,120.00 SF | 0.00 | 0.53 | 593.60 |
| 50. Clean floor | 1,120.00 SF | 0.00 | 0.32 | 358.40 |
| 51. Final cleaning - construction - Residential | 1,120.00 SF | 0.00 | 0.20 | 224.00 |
| 52. R&R Vinyl tile - Standard grade | SF | 0.78 | 1.87 | 0.00 |
| 53. R&R Acoustic ceiling tile furring | 1,120.00 SF | 0.21 | 0.62 | 929.60 |
| Totals: StudIO | | | | 2,105.60 |
| **Line Item Totals: ASTRO-VENDING-1601** | | | | **50,956.16** |

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### DANCE STUDIO RECPETION

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 34. R&R 5/8" drywall - hung, taped, ready for texture | 273.00 SF | 0.29 | 1.51 | 491.40 |
| 35. Texture drywall - smooth / skim coat | 273.00 SF | 0.00 | 0.82 | 223.86 |
| 36. Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 132.39 | 132.39 |
| 37. Floor protection - corrugated cardboard and tape | 273.00 SF | 0.00 | 0.53 | 144.69 |
| 38. Mask and prep for paint - plastic, paper, tape (per LF) | 48.00 LF | 0.00 | 1.13 | 54.24 |
| 39. Paint the surface area - two coats | 273.00 SF | 0.00 | 0.74 | 202.02 |
| 40. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 61.48 | 61.48 |
| 41. Clean floor | 273.00 SF | 0.00 | 0.32 | 87.36 |
| 42. Final cleaning - construction - Residential | 273.00 SF | 0.00 | 0.20 | 54.60 |

Totals: DANCE STUDIO RECPETION                                      1,452.04

### Right Elevation

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 43. R&R Aluminum window, single hung 9-12 sf (2 pane) | 1.00 EA | 15.42 | 195.17 | 210.59 |
| 44. Scaffold - per section (per day) | 3.00 DA | 0.00 | 18.63 | 55.89 |
| 45. Scaffolding Setup & Take down - per hour | 3.00 HR | 0.00 | 30.05 | 90.15 |

Totals: Right Elevation                                            356.63

### Left Elevation

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 46. R&R Aluminum window, single hung 9-12 sf (2 pane) | 1.00 EA | 15.42 | 195.17 | 210.59 |
| 47. Scaffold - per section (per day) | 3.00 DA | 0.00 | 18.63 | 55.89 |
| 48. Scaffolding Setup & Take down - per hour | 3.00 HR | 0.00 | 30.05 | 90.15 |

0 4 0 7 2 0 1 5

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### CONTINUED - PaRTS ROOM

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 16.  R&R 5/8" drywall - hung, taped, ready for texture | 773.00 SF | 0.29 | 1.51 | 1,391.40 |
| 17.  Texture drywall - smooth / skim coat | 773.00 SF | 0.00 | 0.82 | 633.86 |
| 18.  Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 132.39 | 132.39 |
| 19.  Floor protection - corrugated cardboard and tape | 273.00 SF | 0.00 | 0.53 | 144.69 |
| 20.  Mask and prep for paint - plastic, paper, tape (per LF) | 44.00 LF | 0.00 | 1.13 | 49.72 |
| 21.  Paint the surface area - two coats | 773.00 SF | 0.00 | 0.74 | 572.02 |
| 22.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 61.48 | 61.48 |
| 23.  Clean floor | 253.00 SF | 0.00 | 0.32 | 80.96 |
| 24.  Final cleaning - construction - Residential | 253.00 SF | 0.00 | 0.20 | 50.60 |

Totals: PaRTS ROOM                                                                                         3,117.12

### Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 25.  R&R 5/8" drywall - hung, taped, ready for texture | 265.00 SF | 0.29 | 1.51 | 477.00 |
| 26.  Texture drywall - smooth / skim coat | 265.00 SF | 0.00 | 0.82 | 217.30 |
| 27.  Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 132.39 | 132.39 |
| 28.  Floor protection - corrugated cardboard and tape | 265.00 SF | 0.00 | 0.53 | 140.45 |
| 29.  Mask and prep for paint - plastic, paper, tape (per LF) | 66.00 LF | 0.00 | 1.13 | 74.58 |
| 30.  Paint the surface area - two coats | 265.00 SF | 0.00 | 0.74 | 196.10 |
| 31.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 61.48 | 61.48 |
| 32.  Clean floor | 265.00 SF | 0.00 | 0.32 | 84.80 |
| 33.  Final cleaning - construction - Residential | 265.00 SF | 0.00 | 0.20 | 53.00 |

Totals: Kitchen                                                                                            1,437.10

ASTRO-VENDING-1601                                      3/26/2015          Page: 3

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### ASTRO-VENDING-1601

#### Roof

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. Remove Metal roofing | 6,072.00 SF | 0.36 | 0.00 | 2,185.92 |
| 2. Metal roofing | 7,000.00 SF | 0.00 | 3.94 | 27,580.00 |
| 3. Remove Batt insulation - 10" - R30 - paper faced | 6,072.00 SF | 0.26 | 0.00 | 1,578.72 |
| 4. Batt insulation - 10" - R30 - paper faced | 7,000.00 SF | 0.00 | 1.29 | 9,030.00 |

Totals: Roof      40,374.64

#### RecEPTION AREA

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 5. R&R 5/8" drywall - hung, taped, ready for texture | 273.00 SF | 0.29 | 1.51 | 491.40 |
| 6. Texture drywall - smooth / skim coat | 273.00 SF | 0.00 | 0.82 | 223.86 |
| 7. Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 132.39 | 132.39 |
| 8. Floor protection - corrugated cardboard and tape | 273.00 SF | 0.00 | 0.53 | 144.69 |
| 9. Mask and prep for paint - plastic, paper, tape (per LF) | 48.00 LF | 0.00 | 1.13 | 54.24 |
| 10. Paint the surface area - two coats | 273.00 SF | 0.00 | 0.74 | 202.02 |
| 11. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 61.48 | 61.48 |
| 12. Job-site moving container - pick up/del. (ea. way) 16'-20' | 2.00 EA | 0.00 | 115.00 | 230.00 |
| 13. Job-site cargo/storage container - 16' long - per month | 1.00 MO | 0.00 | 74.36 | 74.36 |
| 14. Clean floor | 273.00 SF | 0.00 | 0.32 | 87.36 |
| 15. Final cleaning - construction - Residential | 273.00 SF | 0.00 | 0.20 | 54.60 |

Totals: RecEPTION AREA      1,756.40

#### PaRTS ROOM

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

ASTRO-VENDING-1601      3/26/2015      Page: 2

04072015

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

| | | | |
|---|---|---|---|
| Insured: | ASTRO VENDING | Home: | (956) 645-9964 |
| Property: | 1601 COMMERCE DR | | |
| | LAREDO, TX | | |

| | | | |
|---|---|---|---|
| Estimator: | CORY GARZA | Business: | (210) 760-9621 |

**Claim Number:**  **Policy Number:**  **Type of Loss:**

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 3/24/2015 11:27 AM |

| | |
|---|---|
| Price List: | TXMC10X_JAN15 |
| | Restoration/Service/Remodel |
| Estimate: | ASTRO-VENDING-1601 |