IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ASTRO VENDING OF LAREDO, INC. | § | |
|     *Plaintiff,* | § | |
| v. | § | Civil Action No. 5:15-CV-273 |
| | § | |
| STATE FARM LLOYDS, | § | |
|     *Defendant.* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

**ASTRO VENDING OF LAREDO, INC. AND STATE FARM LLOYDS,** Plaintiff and Defendant in the above-entitled and numbered action, file this *Stipulation of Dismissal* under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Astro Vending of Laredo, Inc. IS the Plaintiff, and State Farm Lloyds is Defendant in this matter..

2. Astro Vending of Laredo, Inc. and State Farm Lloyds move to dismiss all claims in this suit.

3. All parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to re-filing.

                        Respectfully submitted,

                        /s/ Charles W. Downing
                        Charles W. Downing
                        TSBN 24069631/SDOTBN 1048595
                        818 Pecan Blvd. (78501)
                        P.O. Box 3725
                        McAllen, Texas 78502-3725
                        956-682-5501 – Phone
                        956-686-6109 – Fax
                        **Attorney in Charge for Defendants**

Of Counsel:
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
Sofia A. Ramon
TSBN 00784811/SDOTBN 20871
Charles W Downing
TSBN 24069631/SDOTBN 1048595
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
Tel:    (956) 682-5501
Fax:   (956) 686-6109

                    By: /s/ Joshua P. Davis
                        Joshua P. Davis
                        State Bar No. 24055379/SDOTBN
                        1010 Lamar, Suite 200
                        Houston, Texas 77002
                        (713) 337-4100 – Phone
                        (713) 337-4101 – Fax
                        **Attorney for Plaintiffs**

Of Counsel:
Joshua P. Davis
**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100 – Phone
(713) 337-4101 – Fax
**Attorney for Plaintiffs**

## Certificate of Service

I certify that on December 18, 2015, a true and correct copy of the foregoing document (and any attachments) was sent to all counsel of record, as follows:

Joshua P. Davis
**JOSH DAVIS LAW FIRM**
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100 – Phone
(713) 337-4101 – Fax
**Attorney for Plaintiffs**

/s/Charles W. Downing
Charles W. Downing